**ALVERSON TAYLOR & SANDERS**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
MATTHEW HAVILI, ESQ.
Nevada Bar No. 15562
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant*
*Discover Your Mobility, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELLEN REEVES, individually, <br><br> Plaintiff, <br><br> vs. <br><br> DISCOVER YOUR MOBILITY, INC., a foreign corporation, WORLD WIDE SEATING, INC., a foreign corporation; DOE EMPLOYEES I-V, individually; ROE MANUFACTURERES I-X; ROE INSPECTION OCMPANIES I-V; ROE DISTRIBUTORS I-X; DOE INDIVIDUALS I-X; and ROE BUSINESS ENTITIES I-X, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-01361 |

## NOTICE OF REMOVAL

COMES NOW, Defendant DISCOVER YOUR MOBILITY, INC. ("DYM" or "Defendant") by and through its counsel of record, the law firm of Alverson Taylor & Sanders, and files its Notice of Removal as follows:

1. On or about June 17, 2022, Plaintiff ELLEN REEVES ("Plaintiff") commenced this action in the Eighth Judicial District Court, Clark County, Nevada ("State Court") by filing the Complaint.

2. Defendant was served with a Summons and Complaint in this matter on or about July 22, 2022. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon

Defendant are attached as **Exhibit A**.

3. No further proceedings have been had in this matter in State Court.

4. Defendant is and was at the time this action was commenced a Michigan corporation with its principal place of business in that state. There is one other named defendant, WORLD WIDE SEATING, INC. ("WWS"). Plaintiff alleges that Defendant WWS is a Michigan corporation. Plaintiff alleges she is a resident and citizen of the State of Nevada. Therefore, there is now and there was at the time of the commencement of this action complete diversity between plaintiff and each defendant.

5. DOE EMPLOYEES I-V, DOE MANAGERS I-V, ROE MANUFACTUERERS I-X, ROE INSPECTION COMPANIES I-V, ROE DISTRIBUTORS I-X, DOE INVIDUALS I-X, AND ROE BUSINESS ENTITIES I-X are named and sued fictitiously, and their citizenship is disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction.

6. The complaint alleges claims of strict product liability, breach of warranty, negligence, and negligent hiring, training, supervision, and retention. Plaintiff prays for the recovery of general damages "in excess of $15,000." Plaintiff also prays for unspecified special damages, punitive damages, past and future medical expenses, damages for lost wages, damages for permanent disfigurement, attorney's fees, and more.

7. The sum of the damages alleged by plaintiff necessarily exceeds $75,000, exclusive of interest and costs, based on the following facts: Plaintiff's Complaint alleges that she suffered "permanent disfigurement" and a severe head injury.

8. Prior to the filing of the Complaint, Plaintiff produced various medical records to Defendant, which reveal that Plaintiff underwent a cervical spine fusion surgery and other procedures that far exceed $75,000. Upon information and belief, Plaintiff attributes the surgery and other medical treatment to the incident described in the Complaint.

9. This Court has original jurisdiction over the subject matter of this action under the provisions of Section 1332 of Title 28 of the United States Code in that there is complete diversity between the parties and more than $75,000 in controversy exclusive of interest and costs. Pursuant to Section 1441 of title 28 of the United States Code, Defendant DYM is therefore entitled to remove

this action to this Court.

10. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely as it is being filed within thirty (30) days after Defendant was served with a copy of the Complaint and Summons on July 22, 2022.

11. A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the District Court of Clark County, Nevada.

WHEREFORE, based on the foregoing, Defendant Discovery Your Mobility, Inc. respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

DATED this 22nd day of August, 2022.

ALVERSON TAYLOR & SANDERS

_____
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MATTHEW M. HAVILI, ESQ.
Nevada Bar No. 15562
6605 Grand Montecito Pkwy.
Suite 200
Las Vegas, NV 89149
(702) 384-7000
*Attorneys for Defendant*
*Discovery Your Mobility, Inc.*

**CERTIFICATE OF SERVICE VIA CM/ECF**

    Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON TAYLOR & SANDERS and that on the 22nd day of August, 2022, I caused to be served via CM/ECF a true and correct copy of **NOTICE OF REMOVAL** to the following:

Bradley S. Mainor, Esq.
Joseph J. Wirth, Esq.
Ash Marie Blackburn, Esq.
MAINOR WIRTH, LLP
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148

*/s/ signature*

An Employee of ALVERSON TAYLOR & SANDERS