UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELLEN REEVES, | Case No. 2:22-cv-01361-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| DISCOVER YOUR MOBILITY, INC. et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Individual Discovery Plan and Scheduling Order (ECF No. 10), filed on September 22, 2022.  The Court has reviewed the plan and finds that it does not comply with Local Rule ("LR") 26-1.  LR 26-1(a) provides that "the parties must submit a stipulated discovery plan and scheduling order."  As such, the Court will order the parties to meet and confer and submit a stipulated discovery plan and scheduling order within 14 days.  To the extent the parties have a disagreement on the terms, then they are required to include "a statement of each party's position on each point in dispute" **in one stipulated discovery plan**.  Therefore, the Court will deny Plaintiff's one-sided discovery plan that fails to comply with LR 26-1.

Based on the foregoing and good cause appearing therefore,

IT IS THEREFORE ORDERED that Plaintiff's Proposed Discovery Plan and Scheduling Order (ECF No. 10) is **denied**.

IT IS FURTHER ORDERED that the parties shall meet and confer in accordance with Local Rule 26-1 and Federal Rule of Civil Procedure 26(f) and submit a stipulated discovery plan and scheduling order no later than October 6, 2022.

DATED: September 23, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE