**DICKINSON WRIGHT PLLC**
John L. Krieger, Esq.
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone:  702-550-4400
Facsimile:  844-670-6009
Email: jkrieger@dickinson-wright.com

*Attorneys for Defendant Solo World Partners, LLC*

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| ELLEN REEVES, | **Case No. 2:22-cv-01361-GMN-DJA** |
| Plaintiff, | **ORDER FOR EXTENSION OF TIME FOR DEFENDANT SOLO WORLD PARTNERS, LLC TO RESPOND TO COMPLAINT** |
| v. | |
| DISCOVER YOUR MOBILITY, INC.; SOLO WORLD PARTNERS, LLC, et al. | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Ellen Reeves and Defendant Solo World Partners, LLC ("Solo World Partners"), through their respective counsel, that the time for Defendant Solo World Partners to respond to the complaint is extended from March 8, 2024, to March 22, 2024. This extension request is the first sought regarding the subject deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    This request is brought for good cause to enable Defendant Solo World Partners, LLC

2  sufficient time to respond to the Complaint, and not for the purpose of delay.

3    Dated:  March 8, 2024.

4

5  **DICKINSON WRIGHT PLLC**          **MAINOR ELLIS, LLP**

6  */s/ John L. Krieger*                         */s/ Adam Ellis*
   John L. Krieger, Esq.                     Adam Ellis
7  3883 Howard Hughes Pkwy, Ste 800   Bradley Mainor
   Las Vegas, NV 89169                    8367 W. Flamingo #200
8                                             Las Vegas, NV 89147

9  *Attorneys for Defendant Solo World*
   *Partners, LLC*                          *Attorneys for Plaintiff Ellen Reeves*
10

11

12

13                                  <u>**ORDER**</u>

14                                  **IT IS SO ORDERED**.

15

16  _____
                                       DANIEL J. ALBREGTS
17                                 UNITED STATES MAGISTRATE JUDGE

18                                 DATED: March 11, 2024

19

20

21

22

23

24

25

26

27

28