**DICKINSON WRIGHT PLLC**
John L. Krieger, Esq.
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone: 702-550-4400
Facsimile: 844-670-6009
Email: jkrieger@dickinson-wright.com

*Attorneys for Defendant Solo World Partners, LLC*

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

| | |
|---|---|
| ELLEN REEVES, | Case No. 2:22-cv-01361-GMN-DJA |
| Plaintiff, | **RENEWED JOINT STIPULATION AND ORDER FOR EXTENSION OF ALL DEADLINES** |
| v. | |
| DISCOVER YOUR MOBILITY, INC.; SOLO WORLD PARTNERS, LLC, et al. | **(FIFTH REQUEST)** |
| Defendants. | |

Defendant Solo World Partners, LLC ("Solo"), Plaintiff Ellen Reeves ("Plaintiff"), and Defendant Discover Your Mobility, Inc. ("Discover") (collectively the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Renewed Joint Stipulation to Extend all deadlines by an additional sixty (60) days. This is the fifth request to extend deadlines in this matter. The Parties have agreed to the extension for the reasons set forth below:

**PROCEDURAL BACKGROUND**

Plaintiff filed her Amended Complaint in this case on January 29, 2024. (ECF No. 26.) Defendant Discover Your Mobility, Inc. filed their Answer to the Amended Complaint on February 12, 2024 (ECF No. 32) and Defendant Solo World Partners, LLC filed their Answer to the Amended Complaint on March 22, 2024 (ECF No. 35). On June 4, 2024, the Court issued an order granting the Renewed Discovery Plan and Scheduling Order (ECF No. 40.).

Since that time, the Parties, have exchanged written discovery, Plaintiff made Third Supplemental Disclosures, and Defendant Solo made its First Supplemental Disclosures.

**REMAINING DISCOVERY**

All Parties are actively engaging in discovery. However, based upon recent document and witness disclosures, the parties, including Defendant Solo World Partners, LLC, which was only recently added to the lawsuit, need additional time to complete the discovery process, including evaluating and working through discovery disputes, as well as evaluating the need for taking additional depositions. The Parties will continue to ensure that relevant information is obtained and exchanged in a timely manner. The Parties anticipate taking the depositions of Plaintiff, the FRCP 30(b)(6) witness for Solo World Partners, the Parties' experts, and potentially other family members of Plaintiff and other employees of Solo World Partners. Additional written discovery may be necessary depending on the parties' meet and confer efforts regarding the existence of documents and additional relevant medical records.

**GOOD CAUSE TO EXTEND DISCOVERY**

The Parties have been diligent in conducting discovery in this matter so far and remain diligent in doing so.

The Parties have stipulated and agreed to extend all deadlines by an additional sixty (60) days as set forth below. This extension will ensure that the case continues to progress smoothly, and to allow both sides to address issues that may arise between them. For these reasons, this stipulation is made for good cause and not for any improper motive or to cause unnecessary delay.

The Parties hereby stipulate and agree to the following proposed deadlines in this case:

| Event | Existing Deadline | Proposed New Deadline |
| --- | --- | --- |
| Discovery Cutoff | September 17, 2024 | November 18, 2024* |
| Dispositive Motion Deadline | October 17, 2024 | December 16, 2024 |
| Joint Proposed Pretrial Order | November 18, 2024 | January 17, 2025 |

* Deadline falls on a weekend, so deadline moved to the next court day.

/ / /

/ / /

/ / /

2

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**IT IS SO STIPULATED AND AGREED.**

DATED: this 17th day of September, 2024.

| | |
|---|---|
| **DICKINSON WRIGHT PLLC** | **MAINOR ELLIS, LLP** |
| */s/ John L. Krieger* <br> John L. Krieger <br> 3883 Howard Hughes Pkwy, Ste. 800 <br> Las Vegas, NV 89169 <br><br> *Attorneys for Defendant Solo World Partners, LLC* | */s/ Adam Ellis* <br> Adam Ellis <br> Bradley Mainor <br> 8367 W. Flamingo #200 <br> Las Vegas, NV 89147 <br><br> *Attorneys for Plaintiff Ellen Reeves* |

**HALL & EVANS, LLC**

*/s/ Adam R. Knecht*
Adam R. Knecht
1160 North Town Center Drive, Ste. 330
Las Vegas, NV 89144

*Attorneys for Defendant Discovery Your Mobility, Inc.*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 9/19/2024