**DICKINSON WRIGHT PLLC**
John L. Krieger, Esq.
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone:  702-550-4400
Facsimile:  844-670-6009
Email: jkrieger@dickinson-wright.com

*Attorneys for Defendant Solo World Partners, LLC*

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| ELLEN REEVES, | **Case No. 2:22-cv-01361-GMN-DJA** |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR EXTENSION OF ALL DEADLINES** |
| v. | |
| DISCOVER YOUR MOBILITY, INC.; SOLO WORLD PARTNERS, LLC, et al. | **(FIFTH REQUEST)** |
| Defendants. | |

Defendant Solo World Partners, LLC ("Solo") and Plaintiff Ellen Reeves ("Plaintiff"), and Defendant Discover Your Mobility, Inc. ("Discover") (collectively the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Joint Stipulation to Extend all deadlines by an additional sixty (60) days. This is the fourth request to extend deadlines in this matter. The Parties have agreed to the extension for the reasons set forth below:

### PROCEDURAL BACKGROUND

Plaintiff filed her Amended Complaint in this case on January 29, 2024. (ECF No. 26.) Defendant Discover Your Mobility, Inc. filed their Answer to the Amended Complaint on February 12, 2024 (ECF No. 32) and Defendant Solo World Partners, LLC filed their Answer to the Amended Complaint on March 22, 2024 (ECF No. 35). On June 4, 2024, the Court issued an order granting the Renewed Discovery Plan and Scheduling Order (ECF No. 40.).

Since that time, the parties, have exchanged written discovery, Plaintiff made Third Supplemental Disclosures, and Defendant Solo made its First Supplemental Disclosures.

The Plaintiff's deposition was originally set to occur prior to the close of discovery. However, due to difficulties in travel schedules for the deposition and respective counsel, the Parties have agreed that Plaintiff's deposition will be taken on December 20, 2024.  However, that date is after the currently set deadline for discovery.

### GOOD CAUSE TO EXTEND DISCOVERY

All parties are actively engaging in discovery. However, based upon recent document and witness disclosures, the parties need additional time to complete the discovery process. The parties will continue to ensure that relevant information is obtained and exchanged in a timely manner.

The Parties have stipulated and agreed to extend all deadlines by an additional sixty (60) days as set forth below. This extension will ensure that the case continues to progress smoothly, and to allow both sides to address issues that may arise between them. For these reasons, this stipulation is made for good cause and not for any improper motive or to cause unnecessary delay.

The Parties hereby stipulate and agree to the following proposed deadlines in this case:

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Discovery Cutoff | November 18, 2024 | January 17, 2025 |
| Dispositive Motion Deadline | December 16, 2024 | February 17, 2025 |
| Joint Proposed Pretrial Order | January 17, 2025 | March 18, 2025 |

*the 60-day deadline fell on a weekend so deadline moved to next court day

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    If dispositive motions are filed, the deadline for filing the joint pretrial order will be

2    suspended until 30 days after decision on the dispositive motions or further court order.

3    **IT IS SO STIPULATED AND AGREED.**

4    DATED: this 14th day of October, 2024.

5

6    **DICKINSON WRIGHT PLLC**                    **MAINOR ELLIS, LLP**

7    */s/John L. Krieger*                         */s/ Bradley Mainor*
     John L. Krieger                              Adam Ellis
8    3883 Howard Hughes Pkwy, Ste 800             Bradley Mainor
     Las Vegas, NV 89169                          8367 W. Flamingo #200
9                                                 Las Vegas, NV 89147

10   *Attorneys for Defendant Solo World          *Attorneys for Plaintiff Ellen Reeves*
     Partners, LLC*

11   **HALL & EVANS, LLC**

12   */s/  Adam R. Knecht*
     Adam R, Knecht
13   1160 North Town Center Drive, Ste 330
     Las Vegas, NV 89144
14

15   *Attorneys  for  Defendant  Discovery  Your
     Mobility, Inc.*
16

17

18

19                                               **IT IS SO ORDERED.**

20   _____

21                                               **UNITED STATES MAGISTRATE JUDGE**

22
                                                 DATED:    11/19/2024
23

24

25

26

27

28