**DICKINSON WRIGHT PLLC**
John L. Krieger, Esq.
Nevada Bar No. 6023
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone:  702-550-4400
Facsimile:  844-670-6009
Email: jkrieger@dickinson-wright.com

*Attorneys for Defendant Solo World Partners, LLC*

# UNITED STATES DISTRICT COURT
# STATE OF NEVADA

| | |
|---|---|
| ELLEN REEVES, | Case No. 2:22-cv-01361-GMN-DJA |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO RESCHEDULE THE SETTLEMENT CONFERENCE** |
| v. | |
| DISCOVER YOUR MOBILITY, INC.; SOLO WORLD PARTNERS, LLC, et al. | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Ellen Reeves, Defendant Discover Your Mobility, Inc., and Defendant Solo World Partners, LLC (collectively, the "Parties"), through their respective counsel, to continue the Settlement Conference currently scheduled to occur on April 24, 2025. (*See* ECF No. 49.)

Defendant Solo World Partners, LLC ("Solo") recently discovered an insurance policy that may provide coverage for this matter. Solo submitted the Amended Complaint to the carrier for review and is currently awaiting a decision regarding coverage. Should coverage be confirmed, the carrier will undoubtedly need to participate in the settlement conference. Consequently, the Parties seek a continuance of the settlement conference to allow sufficient time for Solo to confirm coverage with the carrier. The Parties propose that on or by May 1, 2025, they will notify the Court as to whether Solo has coverage under the subject policy and that the carrier will participate in the settlement conference. The Parties will also include in that notification five (5) alternative dates for which all parties would be available for the settlement conference.

This is the first extension sought for the settlement conference, and the request is brought for good cause and not for the purpose of delay.

Dated: April 14, 2025.

| | |
|---|---|
| **DICKINSON WRIGHT PLLC** | **MAINOR ELLIS, LLP** |
| */s/ John L. Krieger* <br> John L. Krieger, Esq. <br> 3883 Howard Hughes Pkwy, Ste 800 <br> Las Vegas, NV 89169 | */s/ Adam Ellis* <br> Adam Ellis, Esq. <br> Bradley Mainor <br> 8367 W. Flamingo #200 <br> Las Vegas, NV 89147 |
| *Attorneys for Defendant Solo World Partners, LLC* | *Attorneys for Plaintiff Ellen Reeves* |

**HALL & EVANS, LLC**

*/s/ Adam R. Knecht*
Adam R. Knecht, Esq.
1160 North Town Center Dr., Ste 330
Las Vegas, NV 89144

*Attorneys for Defendant Discover Your Mobility, Inc.*

**ORDER**

IT IS SO ORDERED that the settlement conference scheduled for April 24, 2025 is **VACATED** and will be reset after May 1, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/15/2025

2