1  BRADLEY S. MAINOR, ESQ. (#7434)
     brad@me-injury.com
2  ADAM ELLIS, ESQ. (#14514)
     adam@me-injury.com
3  TAYLOR K. CALMELAT, ESQ. (#16681)
     taylor@me-injury.com
4  **MAINOR ELLIS INJURY LAWYERS**
5  8367 W. Flamingo Rd., Suite 200
   Las Vegas, Nevada 89147
6  Tel. 702-450-5000 | Fax 702-733-1106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELLEN REEVES, individually, | CASE NO.: 2:22-cv-01361-GMN-DJA |
| Plaintiff, | **ORDER DISMISSING CASE** |
| vs. | |
| DISCOVER YOUR MOBILITY, INC., a foreign corporation; SOLO WORLD PARTNERS, LLC, a foreign limited liability company; DOE EMPLOYEES I-V, individually; DOE MANAGERS I-V, individually; ROE MANUFACTURERS I-X; ROE INSPECTION COMPANIES I-V; ROE DISTRIBUTORS I-X; DOE INDIVIDUALS I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel, that the above-entitled matter be dismissed with prejudice with each party to bear their own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED November 7, 2025. | DATED November 7, 2025. |
| **MAINOR ELLIS, LLP** | **HALL & EVANS, LLC** |
| /s/Adam Ellis | /s/Adam R. Knecht |
| ADAM ELLIS, ESQ. (#14514)<br>8367 W. Flamingo Road, Suite 200<br>Las Vegas, NV 89147<br>*Attorney for Plaintiff* | ADAM R. KNECHT, ESQ. (#13166)<br>1160 North Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>*Attorney for Defendant Discover Your Mobility Inc.* |

DATED November 7, 2025.

**DICKINSON WRIGHT, PLLC**

/s/John Krieger

JOHN KRIEGER, ESQ. (#6023)
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, NV 89169
*Attorney for Defendant Solo World Partners LLC*

### ORDER

Based on the stipulation of the parties, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice.

IT IS SO ORDERED.

Dated this __7__ day of November, 2025

_____
Gloria M. Navarro, District Judge
United States District Court